Antonio L. FULLER, Petitioner–Appellant,

v.

DIRECTOR, DEPARTMENT OF CORRECTIONS, Respondent–Appellee.

No. 00–7694.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 10, 2001.

Decided Jan. 19, 2001.

Antonio L. Fuller, pro se. Banci Enga Tewolde, Office of The Attorney General of Virginia, Richmond, VA, for appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Antonio L. Fuller seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Fuller v. Director, Dep't of Corr.,* No. CA–99–717 (E.D.Va. Nov. 9, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and

argument would not aid the decisional process.

*DISMISSED.*